FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 23 2021
BY_____ARTHUR JOHNSTON_____ DEPUTY

Creel III
(Last Name)     (Identification Number)

George     Eugene
(First Name)    (Middle Name)

Clarke County Jail
(Institution)

444 West Donald St, Quitman, MS 39355
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.     CIVIL ACTION NUMBER: 2:21-cv-42-KS-MTP
(to be completed by the Court)

Clarke County Jail and/or
Barry White - Jail Administrator
_____
_____

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)    No ( )

B. Are you presently incarcerated?
Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )    No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )    No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )    No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )    No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: George Eugene Creel III  Prisoner Number (SSN: 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)

Address: 444 West Donald Street Quitman, MS 39355

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Barry White  is employed as Clarke County Jail

_____ at _____

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: George Eugene Creel III
      "      "      "

ADDRESS: 444 West Donald St. Quitman, MS 39355
         580 County Road 420 Quitman, MS 39355

DEFENDANT(S):

NAME: Barry White

ADDRESS: 444 West Donald Street Quitman, MS 39355

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
    1. Parties to the action:_____

    2. Court (if federal court, name the district; if state court, name the county):_____

    3. Docket Number:_____

    4. Name of judge to whom case was assigned:_____

    5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

CASE NUMBER 2.
    1. Parties to the action:_____

    2. Court (if federal court, name the district; if state court, name the county):_____

    3. Docket Number:_____

    4. Name of judge to whom case was assigned:_____

    5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

For reasons unknown to me on 02/03/2021 the Jail Administrator Barry White moved me, George E Cree III, a county inmate, from one cell to another cell across the hall with an MDOC state prisoner named "Joc" or Jocques Godette. On 03/01/2021 I was attacked and injured by Godette. The back of my head was busted open and I got placed in the detention "hole" for about 28 hours. There were from 3-5 witnesses plus the staff.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

$250,000 for pain and suffering. And/or being released from jail and having all of my charges dropped

Signed this 18 day of March, 20 21.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

G E C III
Signature of plaintiff